In the Matter of the Application of ROBERT J. ROONEY, Appellant, for a Mandamus Order against WILLIAM GORHAM RICE, President, and Others, Constituting the New York State Civil Service Commission, and Others, Respondents, LOUIS

FISCHER and ELSIE WALDECK, Intervenors, HENRY W. RALPH, Interested Party, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Henry W. Ralph. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.